IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD REID,

    Plaintiff,

vs.  No. CIV 13-0337 JB/KBM

SUSAN PAULTER, GREGORY GARIA,
WES HATLEY, KRISTY MULLER, and
FLYSHIA ROSS, all in their individual capacities,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Defendant's Opposed Motion to Dismiss First Amended Complaint for Violation of Civil Rights, filed August 16, 2013 (Doc. 26)("MTD"). The Court held a hearing on January 17, 2014. The Court will grant the MTD.

**IT IS ORDERED** that the Defendant's Opposed Motion to Dismiss First Amended Complaint for Violation of Civil Rights, filed August 16, 2013 (Doc. 26), is granted.[1]

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of the motion. The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel*:

Warren F. Frost
Warren F. Frost, P.C.
Logan, New Mexico

    *Attorney for the Plaintiff*

Raul A. Carrillo, Jr.
Daniel D. James
Carrillo Law Firm, P.C.
Las Cruces, New Mexico

    *Attorneys for the Defendants*